No. 99–10084.  COIT v. MORTON, ADMINISTRATOR, NEW JERSEY STATE PRISON, ET AL.  C. A. 3d Cir.  Certiorari denied. ■

No. 99–10086.  POTZER v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 99–10087.  SAMB v. IMMIGRATION AND NATURALIZATION SERVICE.  C. A. 4th Cir.  Certiorari denied.

No. 99–10088.  SCHROEDEL v. LABUDA ET AL.  App. Div., Sup. Ct. N. Y., 3d Jud. Dept.  Certiorari denied.

No. 99–10092.  LAMB v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 99–10093.  TREAS v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 99–10097.  O'BRYAN v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 99–10099.  HAYES v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 99–10100.  BRADFORD v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 99–10101.  CHANG v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 99–10102.  CHASE v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 99–10103.  AARON, AKA BAZILE v. BALTIMORE RAVENS, INC., ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 99–10105.  CURRY v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 99–10106.  LEWIS v. MICHIGAN ATTORNEY GRIEVANCE COMMISSION.  Sup. Ct. Mich.  Certiorari denied.